Peter C. Bowers, Esquire
ID No. 15645
441 N. 5th Street, Suite 100
Philadelphia, PA 19123
215-440-0300

                                          **Attorney for Defendant**

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| United States of America | : |
|---|---|
| v. | : |
| Andrew Wolf | : Case No. 21-1530-M |

---

### P R A E C I P E   FOR   ENTRY   OF   APPEARANCE

TO THE PROTHONOTARY OF SAID COURT:

      AND NOW, I, Peter C. Bowers, Esquire, on behalf of Andrew Wolf, enter my appearance as counsel with regard to the above-captioned matter.

                                                  */s/ Peter Bowers*
                                                 Peter C. Bowers, Esquire