AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA Harrell)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| Andrew Wolf | ) Case No. 21-1530-M |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Andrew Wolf,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
See attachment A

Date: 10/07/2021

/s/ Lynne A. Sitarski
*Issuing officer's signature*

City and state: Philadelphia, Pennsylvania

Honorable Lynne A. Sitarski, USMJ
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10-7-21, and the person was arrested on *(date)* 10-7-21
at *(city and state)* PA.

Date: 10-7-21

FBI
*Arresting officer's signature*

*Printed name and title*