**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **MAGISTRATE NO. 21-1530-M** |
| v. | : | |
| | : | |
| **ANDREW WOLF** | : | |

**JOINT MOTION FOR CONTINUANCE PURSUANT TO**
**TITLE 18, UNITED STATES CODE, SECTION 3161(h)(7)(A)**

The United States of America, by and through its attorneys, Jennifer Arbittier Williams, Acting United States Attorney for the Eastern District of Pennsylvania, and Kelly Harrell, Assistant United States Attorney for the District, along with defense counsel, Peter Bowers, Esquire, and Arthur Donato, Esquire, on behalf of the defendant, jointly move for a 60-day continuance of the time within which an Indictment or Information must be filed in this case, and in support of this motion state as follows:

1. On October 7, 2021, defendant Andrew Wolf was arrested on a federal complaint and warrant charging the defendant with receipt and attempted receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2), and distribution, attempted distribution, and willfully causing the distribution of child pornography, in violation of 18 U.S.C. §§ 2252(a)(2) and 2(b).

2. The Speedy Trial Act, 18 U.S.C. § 3161, requires that an Indictment or Information be filed within 30 days from the date on which the defendant was arrested, in this case by November 6, 2021. 18 U.S.C. § 3161(b).

3. The government and the defendant, through counsel, request additional time

1

to further review the case and to consider a possible non-trial disposition. In order to prevent a miscarriage of justice, the parties request a 60-day extension of the time under 18 U.S.C. § 3161(b), that is until January 5, 2022, within which an Indictment or Information must be filed by the government.

4. Counsel for the government and the defendant believe that the public interest will best be served by a 60-day extension to continue to further review the case and explore the possibility of a non-trial disposition. Such a disposition would serve the public interest by more efficiently allocating precious judicial resources.

WHEREFORE, for the above reasons, it is respectfully submitted that the ends of justice will be served best by the granting of a continuance of 60 days of the time within which to file an Indictment or Information in this case, that is, until January 5, 2022. *See* 18 U.S.C. § 3161 (h)(7)(A).

Respectfully submitted,

JENNIFER ARBITTIER WILLIAMS
Acting United States Attorney


*/s/ Kelly Harrell*
KELLY HARRELL
Assistant United States Attorney

2

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **MAGISTRATE NO. 21-1530-M** |
| **v.** : | |
| : | |
| **ANDREW WOLF** : | |

**O R D E R**

AND NOW, this 4th day of November, 2021, on consideration of the joint motion of the parties for an extension of time within which the government must file an Indictment or Information and exclusion of time under the Speedy Trial Act, and based on the Court's findings pursuant to 18 U.S.C. § 3161(h)(7)(A) that failure to extend by an additional 60 days the time, under 18 U.S.C. §3161(b), within which the government must file an Indictment or Information in the instant case would be likely to result in a miscarriage of justice which outweighs the interests of the public and the defendant in a speedy trial due to the desire of the parties to further review the case and discuss resolution, it is hereby ORDERED that the time period within which the government must file an Indictment or Information in this matter is extended for 60 days and that period of time shall be excluded from all computations of time under the Speedy Trial Act, 18 U.S.C. § 3161.

WHEREFORE, in accordance with Title 18, United States Code, Section § 3161 (h)(7)(A), it is hereby ORDERED that the time in which an Indictment or Information must be filed in the above action is continued for a period of 60 additional days, until January 5, 2022.

**BY THE COURT:**

Carol Sandra Moore Wells
2021.11.04 13:36:24
-04'00'

_____
**HONORABLE CAROL SANDRA MOORE WELLS**
**United States Magistrate Judge**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion has been served by electronic filing and/or email upon the following:

> Arthur T. Donato, Esquire
> art@artdonato.com
>
> Peter Bowers, Esquire
> peter@peterbowerspc.com

> */s Kelly Harrell*
> KELLY HARRELL
> Assistant United States Attorney

DATE:   November 4, 2021