UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CR NO.: 21-1530-M |
| vs. | : |
| ANDREW WOLF | : |

ORDER

AND NOW, to wit, this ____ day of _____, 2022, upon motion of Arthur Thomas Donato, Jr., Esquire and without objection by Kelly Harrell, Esquire, attorney for the Government, it is hereby ORDERED and DECREED that the Motion for Continuance in the above captioned matter is GRANTED. Trial is rescheduled from April 11, 2022 to the ____ day of _____, 2022.

BY THE COURT:

_____
                                                          J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CR NO.: 21-1530-M |
| vs. | : |
| ANDREW WOLF | : |

## MOTION FOR CONTINUANCE

The Defendant, Andrew Wolf, by and through his counsel, Arthur Thomas Donato, Jr., Esquire and Heather J. Mattes, Esquire, hereby move for a continuance of the trial date in this matter for the following reasons:

1. Andrew Wolf is the Defendant in the above referenced matter currently incarcerated at the Federal Detention Center in Philadelphia, Pennsylvania.

2. On or about February 3, 2022 Mr. Wolf was indicted and charged with various offenses in connection with conspiracy to manufacture child pornography (18 U.S.C. §2251(a)(e); manufacture and attempted manufacture of child pornography (18 U.S.C. §2251(a)(e); aiding and abetting and willfully causing (18 U.S.C. §2) notice of forfeiture.

3. On or about February 9, 2022, Defendant was notified that trial in this matter has been scheduled for April 11, 2022.

4. The discovery in this matter is voluminous and, despite diligent efforts by counsel, counsel cannot be prepared for trial on or before April 11, 2022. Counsel believes that a continuance of ninety (90) days would provide the reasonable time necessary for effective preparation.

5. Additionally, counsel for the government, Kelly Harrell, Esquire, and the undersigned counsel are actively engaged in negotiations to attempt to resolve the matter by a non-trial disposition.

6. For these reasons, counsel respectfully requests the Court continue the trial date for approximately ninety (90) days.

7. Counsel for co-defendant agrees with this request.

8. The undersigned has confirmed by email March 8, 2022 that Assistant United States Attorney Kelly Harrell has no objection to this request.

                    Respectfully submitted,

                    _____
                    ARTHUR THOMAS DONATO, JR., ESQUIRE
                    216 W. Front Street, 2nd Floor
                    Media, Pennsylvania 19063
                    610-565-4747
                    Attorney for Defendant

DATE: 3-9-2022

**CERTIFICATE OF SERVICE**

      I, Arthur Thomas Donato, Jr., Esquire, hereby certify that a copy of the Defendant's Motion for Continuance was forwarded to the individuals whose names and addresses are listed below:

      The Honorable Mark A. Kearney
      United States District Court
      Eastern District of Pennsylvania
      United States Courthouse
      601 Market Street
      Philadelphia, Pennsylvania 19106

      Kelly Harrell, Esquire
      United States Attorney's Office
      Department of Justice
      615 Chestnut Street, Suite 1250
      Philadelphia, Pennsylvania 19106-4476

      Barnaby Wittels, Esquire
      1420 Walnut Street, Suite 1200
      Philadelphia, Pennsylvania 19102

      Heather J. Mattes, Esquire
      105 South High Street, 3rd Floor
      West Chester, Pennsylvania 19382

                                                        ARTHUR THOMAS DONATO, JR., ESQUIRE

DATED: 3-9-2022